[No. 22067-9-II.    Division Two.    April 23, 1999.]

LAWRENCE BEAUMONT, *Appellant*, v. FARMERS INSURANCE CO., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-05901-7, Rudolph J. Tollefson, J., entered May 9, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 22470-4-II.    Division Two.    April 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT ALLAN SPEARS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-00874-7, Frederick W. Fleming, J., entered September 29, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22501-8-II.    Division Two.    April 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT JEROME ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00325-3, John F. Nichols, J., entered October 6, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 22552-2-II.    Division Two.    April 23, 1999.]

JOHN C. LINDSEY, *Appellant*, v. ORGANIK TECHNOLOGIES, INC., ET AL., *Defendants*, JOHN MCNULTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00325-3, John F. Nichols, J., entered October 6, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Morgan, J.